# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0032.  GERALD RICHARD GRIFFIN v. SONYA J. GRIFFIN.**

In this pending divorce action, Sonya Griffin filed a motion for declaratory judgment, seeking a ruling that certain marital property was non-marital property and therefore not subject to equitable division.  The trial court granted the motion, and Gerald Griffin filed this application for discretionary appeal to challenge the trial court's order.  We lack jurisdiction.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  See also *Coxwell v. Coxwell*, 296 Ga. 311 (765 SE2d 320) (2014) (granted interlocutory appeal from the denial of motion to enforce antenuptial agreement).  As the subject matter relates to the determination of marital property, it appears jurisdiction may lie in the Supreme Court.  It is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court of Georgia.  See *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____10/06/2015_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*